In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Lands on the Westerly Side of Hamilton Place, Selected as a Site for School Purposes.

MARY J. CUNNINGHAM, Appellant.

*Matter of City of New York (Hamilton Place)*, 170 App. Div. 971, affirmed.

(Argued May 24, 1916; decided June 13, 1916.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 22, 1915, which affirmed an order of Special Term confirming the report of commissioners of estimate and appraisal in condemnation proceedings. The question on appeal was as to the sufficiency of the award and the propriety of the methods adopted by the commissioners in deciding the amount thereof.

*Thomas C. Blake* and *Maurice Deiches* for appellant.

*Lamar Hardy, Corporation Counsel* (*Charles J. Nehrbas, Terence Farley* and *Henry W. Mayo* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.